

The relief described hereinbelow is SO ORDERED.

Signed April 27, 2015.

_____
Ronald B. King
Chief United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**Hector Javier Cantu**  
**Laura Rodriguez Cantu**  
DEBTOR(S)

CASE NO.: 13-52230-rbk

CHAPTER 13

### ORDER GRANTING
### MOTION TO SEVER CASE
### FILED BY JOINT DEBTOR LAURA RODRIGUEZ CANTU

    On the date written above, the Court considered Joint Debtor's above-entitled motion. The Court finds that proper notice of this hearing was given by Joint Debtor to all the creditors and interested parties in this case. There having been no responses, and the Court having considered the pleadings, the Court is of the opinion that said Motion is meritorious and should be granted.

    It is therefore ORDERED that the jointly administered bankruptcy estate and Chapter 13 case filed by Joint Debtor, Laura Rodriguez Cantu be, and the same hereby is, severed from the bankruptcy estate and Chapter 13 case of Debtor, Hector Javier Cantu and that Joint Debtor Laura Rodriguez Cantu's severed case be assigned a new case number by the Clerk of the Court.
Laura Rodriguez Cantu Case No. 15-51002

###

Davis Law Firm
10500 Heritage Blvd, Ste. 102
San Antonio, Texas 78216
(210) 444-4444